**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

STUART WINSOR, on his behalf and
others similarly situated,

    Plaintiff,

v.                                                      Case No: 2:10-cv-62-FtM-36SPC

GOLF CLUB of the EVERGLADES, INC.,
a Florida profit corporation,

    Defendant.
_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation of United States Magistrate Judge Sheri Polster Chappell, filed on June 29, 2010 (Doc. 24). In the Report and Recommendation, Judge Chappell recommended that the Joint Motion for Approval of Settlement Agreement and Incorporated Memorandum of Law (Doc. 22), filed on May 6, 2010, be granted, that the settlement agreement be approved, and that this case be dismissed with prejudice.

This case was brought under the Fair Labor Standards Act (FLSA) 29 U.S.C. § 201 *et. seq*. In his complaint, Plaintiff alleged that he was not paid just compensation for overtime work he performed for Defendant Golf Club of the Everglades, Inc. Specifically, Plaintiff alleged that, while working as an hourly-paid employee between approximately April, 2008 and September, 2008, he was not paid at a rate of one and one-half times Plaintiff's regular rate for those hours he worked in excess of forty hours per week, as required by the Fair Labor Standards Act.

The Parties have reached a settlement agreement and seek court approval of that agreement. Specifically, the parties have agreed to a total settlement amount of $10,000. Plaintiff is to receive

$5,000 and Plaintiff's attorney is to receive $5,000. The parties also agree that this is a fair and reasonable settlement of the claim.

After careful consideration of the Report and Recommendation, the Joint Motion to Approve Settlement Agreement, and the Settlement Agreement, and upon this Court's independent examination of the file, it is determined that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982), and 29 U.S.C. §216.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 24) is adopted and incorporated by reference in this order for all purposes, including appellate review.

2. The Joint Motion for Approval of Settlement Agreement and Incorporated Memorandum of Law (Doc. 22) is GRANTED. The Settlement Agreement is APPROVED as it represents a fair and reasonable resolution of a bona fide dispute.

3. This case is DISMISSED with prejudice, pursuant to the agreement of the Parties. The Clerk is directed to terminate all pending motions and deadlines, to enter judgment accordingly, and to close the file.

**DONE AND ORDERED** in Ft. Myers, Florida, on July 1, 2010.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Magistrate Judge Sheri Polster Chappell
Counsel of Record